**Dana BROOKS, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL
SECURITY, Defendant–
Appellee.**

No. 04–5400.

United States Court of Appeals,
Sixth Circuit.

Feb. 22, 2005.

Rehearing Denied March 22, 2005.

Joe H. Byrd, Jr., Byrd & Byrd, Jackson, TN, for Plaintiff–Appellant.

Joe A. Dycus, Asst. U.S. Attorney, William Siler, Asst. U.S. Attorney, U.S. Attorney's Office, Memphis, TN, for Defendant–Appellee.

Before RYAN and COOK, Circuit Judges; and BELL, District Judge.*

PER CURIAM.

Dana Brooks appeals the district court's order affirming the ALJ's denial of social security disability benefits. After hearing oral argument and reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's de-

---

* The Honorable Robert Holmes Bell, United States Chief District Judge for the Western

cision for the reasons well stated in Chief District Judge James Todd's opinion.